UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SIDIKI DEMBELE,

<table>
<tr><td>Plaintiff,</td><td><strong><u>ORDER</u></strong></td></tr>
<tr><td>-against-</td><td><strong>26-CV-793 (DEH) (JW)</strong></td></tr>
</table>

UNITED STATES POSTAL SERVICE,

Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties were ordered to appear for an in-person Initial Case Management Conference ("ICMC") on April 9, 2026 at 11:00 AM.  <u>See</u> Dkt. No. 11.  As part of that same order, the parties were directed to each complete a proposed case management plan by April 1, 2026.  <u>Id.</u>  Neither party filed a proposed plan nor attended the April 9th conference.  As such, each party is to file a letter, no more than two pages, explaining their absence by **April 17, 2026**.

**The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff at the following address: 2798 Frederick Douglass, Apt. No. 1D, New York, NY 10039.**

SO ORDERED.

DATED:    New York, New York
               April 9, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge