UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIDIKI DEMBELE.,

Plaintiff,

-against-

UNITED STATES OF AMERICA.,

Defendant.

26 CIVIL 00793 (DEH)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum and Order dated September 16, 2026, the Government's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**